# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

RONALD CICERON,

        Petitioner

: No. 54 EAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.